Related DDJ

CLERK, U.S. DISTRICT COURT
FEB - 7 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  IN THE United States District Court
2     Central California
3
4  Michael R. Spengler       CV22-887-DOC (SP)
5  #3984203-TTCF              *related case
6  450 Bauchet Street          cv-20-
7  Los Angeles, CA 90012      11382-DOC(SP)
8   Pro-se prisoner
9
10 Michael R. Spengler  ) Complaint:
11      vs.             ) Civil Action # (new)
12 BSA, Vine Church,    )
13 TTCF Administration &)
14 Does 1-50            ) 12/14/21
15 _____
16 I) Jurisdiction + Venue - This section/lawsuit
17 is authorized by 42 USC 1983 to redress
18 the deprivation under color of state law
19 of rights secured by the constitution of
20 the United States, including 1331 + 1343.
21 Declatery is authorized by 28 USC 2201+2202
22 ; Injunctive is authorized by 28 USC 2283+
23 2284. This court has supplemental jurisdiction
24 of state law under 28 USC 1367 and
25 also includes 1331 Federal questions
26 2014-present         p.1
27

PG. 2

1 Venue: The Central CA District is
2 appropriate under 28 USC 1391(b)(2)
3 because it is where the events
4 giving rise to claims:
5 450 Bauchet St. L.A. CA 90012 LACO Jail
6 & 1912 Linda Vista/Vine St. West Covina, CA 91791
7 LA County. occured.
8
9 II Plaintiff:
10 Michael R. Spengler - a pretrial detainee
11 with Multiple Sclerosis at the LACO.
12 Jail - TTCF 450 Bauchet St LA CA 90012
13
14 III Exhaustion of Legal Remedies
15   1) Plaintiff has used the Jail's
16 grievance system to try to resolve
17 the problem with his mail inside
18 the Jail & again see attached pg. 3
19 on 12-28-21 who have a habit of
20 ignoring/interfering with + then
21 tossing out + loosing them
22   2) As far as non Jail entities
23 , Plaintiff has used methods
24 required by law prior to filing
25 this suit: iE demand letter, notice,
26 etc.
27

p. 4

IV Defendants:
 I) BSA → Does 1-50
 THE BOY SCOUTS of AMERICA
which includes their John & Jane Does:
local counsel, insurance, TCC, charter org's
& the actual abusers themselves.

THIS IS A FEDERAL ENtity hence A
FEDERAl QUESTION -

 II Vine church & Does 1-50
This is a chartered organization of BSA
I WAS IN where the injuries occured
located in LA COUNtY ON VINE ST WEST
COVINA NEAR MY 1912 Linda Vista home,
which AGAIN includes their abusers,
insurance, etc.

FEDERAl Questions occur Due to BSA ties
but MOSTly INVOlve BG7 torts
                               ✓ individual capacity only
 III TTCF ADMINIStration & Does 1-50 ✓
TTCF JAil- personel who has been
personally involved in my mail & grievance
handling. At all times acting under
color of state law.

p. 5

FACTS: V

BETWEEN 1997-1999 I WAS IN THE
A) 7th GRADE & (DOB 8/12/86) 11-13 YRS. OLD
MY FAMILY PLACED ME IN a BSA UNIT
local counsel, TROOP # UNKNOWN
but located At "VINE CHURCH" ON
VINE ST. IN W. COVINA, CA. IT WAS
a Charter organization & SPONSORED
THE BSA (A Federal entity.) ~~AT THIS~~
~~TROOP AND~~ and this local counsel/
local troop & held events & meetings
there & with one another.

B) During these meetings & events
ON several dozen/multiple occasions
I WAS isolated, manipulated, &
eventually attacked sexually by (2)
OF THE MEN, and was subject to
multiple unspeakable acts with
them. until one day I RAN AWAY
From A camping trip & had a
psychotic break & Never to return.

C) CALIFORNIA is AN open state &
NO statutes of limitations
AND After several legal research
I Discovered I Met Lawsuit criteria

p.6

FActs continued.....   #101260*
                            104 755

D) I WANt the REcord to reflect that I did File OMNiAGENt ClAIMS IN LA COUNTY IN 2020 FOR These INJuries For the BSA/BSA Delaware Bankruptsy proceeding IN Delaware. However.... THE BSA Delaware CAse, ~~hAs~~ (20-10343 LSS) hAS recognized Me as A privy & party Due to My Multiple Filings IN That CASe, so their AGENtS (some of whoM are Does 1-50 hereIN) have beeN sending me the RSA, TDP, PlAN papers For me to Follow AloNg. Part UF That states ThAT I AM Allowed to File A seperate lAwsuit IN state For personAl INJury or IN this case 1367. which I AM DOINg hereIN, AGAINSt My (2) Abusers, the DOES, charter org., local cansel, & MOSt OF All the INSurers AND the church who refuses to cooperate IN The Bankruptsy

p.7

E) I had filed a state tort in Stanley Mosk LA County Superior prior to filing my omni/bankruptsy claims in 2020. I have not heard back at all, & I am subject to an erroneous vexatious litigant statute that defaults me, and worst of all, even if it does go thru, the TTCF administration has significantly delayed + even lost my mail/legal mail, which includes this tort, numerous BSA filings with lawyers, courts, omni, and even left the envelopes open where its contents fell out at the post office. I've submitted USPS + legal unit declarations to omni + Delaware admitting to this injuries & fault

F) I am suing the TTCF administration for their loss + delay in my legal mail/mail not just in the Boyscouts but other issues & actions, & the fact that I am denied legal law library which has caused me to fall short in this, the BSA, & all my legal filings writing the law or access to forms

p. 8

G) As this USDC Riverside Court knows, I filed a similar (related) BSA action in this Federal Court and a Delaware (Not 20-10343) but 21-1472GA & 2:20 cv 11382 prior to the BSA Nov. 16 2021 Bankruptsy Deadline. I am indigent PA prisoner w/ no access to the law or forms & at the mercy of the jail & their legal+mail "Rules". We all know that the Federal Courts must accept & use the mailbox rule, which means, when I gave those to my TTCF Deputies to sign & mail out, they were considered filed. That includes OMNI & other filings. The TTCF Admin. + Does 1-50 (their agents) are held responsible & liable herein for the egregious delay, but I also hold BSA + Does 1-50 responsible for making claims that my filings were too late & they will not be held liable in the BSA Bankruptsy case.

H) I've suffered physical pain, but emotional trauma, mental health anguish & a life of mental pain caused by Defendants -

p.9

LEGAL CLAIMS VI
# by PlAINTIFF MichAel Spengler

#1 - vs. TTCF AdMiNistration + Does 1-50
42 USC 1983 / 28 USC 1331 / FEDEral QUESTION
(exhAUSted VIA BOS AlSO)

INCorporating the FACts - First let me start by stating: #1, I have 6 strikes + subject to IFP IMMinent DANGer exemption. This CASE presents an issue of IMMent DANGer becAUSe OF My Severe DelAy IN MAil (60 physicAl DAys) I have multiple sclerosis AND TAke 2 speciAl life-threatening M.S. pills, which Are coordinAted by My privAte insurance + FAMily + vital MAil coordinAtion + codrespondence oN A bi-weekly bAsis, by me + the prescription company, insurance, family + pharmacy + here. I AM unAble to do this becAuse OF My 60 DAy (per incoming + outgoing) envelope which hAs resulted iN Medication relApsing + M.S. relApse + ADDitionAl + recent Nerve DAMAGe in My eye, FAce, Fingers + spine - + At Risk of Further physicAl inJury + imminent DAnger oF More deterioration

p.10

and I am constantly struggling with my M.S. & issues related to it inside the TTCF Jail - where I must write ACLU, Board of Supervisors/habeas, exhaust admin remedies, & coordination with my doctors & lawyers, I am unable to comply with their time deadlines imposed on me which result in denial & delay of medical treatment & further deterioration of relapsing M.S. nerve damage & if not corrected, will lead to further physical & imminent danger.

3rd) TTCF Admin & Does 1-50 have denied me 1st Amendment meaningful access to the courts by denying me access to any legal forms related to the BSA, tort, 42 USC 1983, basic forms, and basic access to the law library (which Lewis v. Casey requires all to be able to attack their confinement) which has caused me to fall short in writing my BSA related lawsuits, and have caused actionable meritorious multiple filings to be "late" ~~which~~ & denied, causing monetary injury-

P. 11

#2 BSA + DOES 1-50 & VINE church + 1-50
28 USC 1331 FEDERAl QUESTION -
- which ~~seutet~~ INCLUDES 1367: A
SUPPleMental state TORT within 1331)

- PlAINtIFF INCorporating FACTS
realleged + reincorporated PG. 1-10

- FROM FAll 97 - SPrING 99, PlAINtIFF
WAS a ~~i~~ INVolved At charter org.
VINe church BSA troop. PlAINtIFF WAS
repeatedly physically abused by (2)
leaders of the orgINIZatIONS) on multiple
OCCASIONS.
                      Also                                    Also
- PlAINtIFF holds DefenDants responsible
For premises liability + General Negligence,
where They hAD A legal Duty to protect
juvenile plAIntIFF & were IN possession of
IV Files Of these offenders but failed
to INVoke + remove Them.
                                              IF 'charter'
- plAINtIFF holds The Does  insurerers
responsible as They hAve a contractual
obligAtION to remedial steps
- & DOES 1-50 OF BSA who refuse to
acknowledge/process MY ClAIMS Due to
TTCF ADMIN. MAil Negligence - NO fault of MINe

p.12

prayer:

wherefore plaintiff prays:

1) That despite USDC doesn't like listing "Does", the 9th Cir. allows me to pursue them thru the Discovery process I ask the USDC approves

2) That my IFP status be granted Due to imminent Danger → similiar ruling in related TTCF eye clinic case where the 9 Cir. stated as long as I list 1 imminent Danger, it applys to the entire complaint especially when it is related as it is here.

3) punitive: $10 million or Max by law

4) compensatory: $10 million or Max by law

5) cost of suit + Any other relief seen Fit

6) resolution on Mail issue

7) JUDGE TRIAL -

I declare under penalty of perjury that the foregoing is true + correct
M. Spengler 12-14-21

———— CUT HERE ————

## RETAIN THIS SECTION FOR YOUR RECORD

Inmate Rights Regarding the Appeal Process:

- Inmates may only submit one (1) appeal per grievance.
- An appeal shall be submitted on the appropriate appeal form, which will be provided to the inmate by custody personnel when delivering the notification of the disposition of a grievance or appeal.
- Inmates who are unable to fill out the appeal form may ask personnel for assistance.
- An appeal by an inmate must be submitted within fifteen (15) calendar days of receiving a written disposition regarding the grievance, or the appeal will be denied.
- Inmates will be advised in writing by a supervisor the result of an appeal within <u>15</u> calendar days of the appeal submission.

New issues raised by an inmate on an appeal form will not be addressed, and any decision rendered will pertain only to the present appeal issue.

## FILL OUT THE BELOW SECTION AND KEEP FOR YOUR RECORDS

| INSERT REFERENCE NUMBER FROM THE FRONT OF THE FORM HERE: | DATE: |
|---|---|
| 5800-2021-12-16-207 | 12-28-21 |

*(handwritten annotations: "P.3", "ACLU", "religion?", "matthew 24:14")*

RETAIN THIS SECTION FOR YOUR RECORD

Inmate Rights Regarding the Appeal Process:

- Inmates may only submit one (1) appeal per grievance.
- An appeal shall be submitted on the appropriate appeal form, which will be provided to the inmate by custody personnel when delivering the notification of the disposition of a grievance or appeal.
- Inmates who are unable to fill out the appeal form may ask personnel for assistance.
- An appeal by an inmate must be submitted within fifteen (15) calendar days of receiving a written disposition regarding the grievance, or the appeal will be denied.
- Inmates will be advised in writing by a supervisor the result of an appeal within __15__ calendar days of the appeal submission.

New issues raised by an inmate on an appeal form will not be addressed, and any decision rendered will pertain only to the present appeal issue.

FILL OUT THE BELOW SECTION AND KEEP FOR YOUR RECORDS

| INSERT REFERENCE NUMBER FROM THE FRONT OF THE FORM HERE: | DATE: |
|---|---|
| S800-2021-1117-267 | 11-29-21 |

Pg 3 1/2

