UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-00887-DOC (SP) | Date | September 19, 2023 |
|---|---|---|---|
| Title | MICHAEL R. SPENGLER v. THE BOY SCOUTS OF AMERICA BSA, et al. | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff(s):   Attorneys Present for Defendant(s):
None Appearing                       None Appearing

**Proceedings:** **(In Chambers) Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute**

On February 7, 2022, plaintiff Michael Spengler, a California prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. His complaint alleges two distinct sets or claims: (1) state tort claims of negligence, premises liability, and failure to protect against defendants Vine Church, The Boy Scouts of America (BSA), and its affiliates for injuries incurred as a result of plaintiff being sexually assaulted when he was between the ages of 11 and 13; and (2) Twin Towers Correctional Facility Administration and jail personnel violated his civil rights by delaying and denying access to his mail.

On June 1, 2023, this court, having completed screening of the complaint, found it subject to dismissal and granted plaintiff leave to file a First Amended Complaint by July 3, 2023. The court also instructed plaintiff he could notify the court by July 3, 2023 that he intended to stand on the complaint without amendment. More than two months having passed beyond this deadline, the court has not received a First Amended Complaint or any other communication from plaintiff.

Accordingly, within 21 days of the date of this Order, that is, by **October 10, 2023**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this action without prejudice. In the event plaintiff wishes to voluntarily dismiss this action, plaintiff may complete and return the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-00887-DOC (SP) | Date | September 19, 2023 |
|---|---|---|---|
| Title | MICHAEL R. SPENGLER v. THE BOY SCOUTS OF AMERICA BSA, et al. | | |

enclosed Notice of Dismissal form by October 10, 2023.

    If plaintiff files a First Amended Complaint by **October 10, 2023**, this Order to Show Cause will be automatically discharged, and plaintiff need not respond to it separately.